Christopher D. Burk, Esq.
Nevada Bar No. 8976
**TOTTEN FRANQUI DAVIS & BURK, LLC**
1451 Cypress Creek Road, Suite 211
Fort Lauderdale Fl 33309
Phone: 800.201.4276 ext. 7006
*Attorneys for Plaintiffs/Counter-Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAY ANAYA, an individual,<br>MICHELLE ANAYA, an individual,<br><br>   Plaintiffs,<br><br>vs.<br><br>ELDORADO RESORTS CORP.,<br>a Florida Corporation, d/b/a<br>ELDORADO DEVELOPMENT CORP.,<br><br>   Defendant.<br><br>ELDORADO DEVELOPMENT CORP., a Florida Corporation,<br><br>   Counter-Plaintiff,<br><br>v.<br><br>MICHELLE ANAYA, an individual, RAY ANAYA, an individual, and TOTTEN, FRANQUI, DAVIS & BURK, LLC, a Florida Limited Liability Corporation,<br><br>   Counter-Defendants. | Case No.:  2:18-cv-02308-RFB-GWF<br><br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR COUNTER-DEFENDANTS TO ANSWER COUNTERCLAIM**<br><br>**(First Request)** |

The Parties respectfully submit the following stipulation to allow Plaintiffs/Counter-Defendants, RAY ANAYA and MICHELLE ANAYA, and Counter-Defendant TOTTEN, FRANQUI, DAVIS & BURK, LLC (collectively "Plaintiffs/Counter-Defendants"), by and through their undersigned counsel, stipulate and respectfully request the court to enter an order extending time to file a response to Defendant/Counter-Plaintiffs' Counterclaim  for ten days.

Plaintiffs/Counter-Defendants responses were due January 2, 2019, and will now be due on January 12, 2019. An extension will allow Plaintiffs/Counter-Defendants sufficient time to appropriately review, investigate, and respond to the Counterclaim. This is Counter-Defendant's first request for an extension of time to respond to the Complaint and is not made for the purpose of delay. **IT IS SO STIPULATED.**

DATED this 2nd day of January, 2019.

| GREENSPOON MARDER LLP | TOTTEN, FRANQUI, DAVIS & BURK, LLC |
|---|---|
| /s/ Phillip A. Silvestri, Esq. _____<br>Phillip A. Silvestri, Esq.<br>NV Bar No. 11276<br>3993 Howard Hughes Pky., Ste. 400<br>Las Vegas, Nevada 89169<br>*Counsel for Defendant/Counterclaimant* | */s/ Christopher D. Burk*\_\_\_\_\_<br>Christopher D. Burk, Esq.<br>NV Bar No. 8976<br>1451 W. Cypress Creek Rd., Ste 211<br>Ft. Lauderdale, Florida 33130<br>*Counsel for Plaintiffs* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 1/03/2019