GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Suite 400
Las Vegas, Nevada 89169
Tel: (702) 978-4249 / Fax: (954) 333-4256

**JOINTLY SUBMITTED**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE ANAYA, an individual, and RAY ANAYA, an individual,<br><br>    Plaintiffs,<br>v.<br><br>ELDORADO RESORTS CORP., a Florida Corporation, d/b/a/ ELDORADO DEVELOPMENT CORP.,<br><br>    Defendant. | Case No.  2:18-cv-02308-RFB-GWF<br><br>**Stipulation and Order to Dismiss with Prejudice** |
| ELDORADO DEVELOPMENT CORP., a Florida Corporation,<br><br>    Counter-Plaintiff,<br>v.<br><br>MICHELLE ANAYA, an individual, RAY ANAYA, an individual, and TOTTEN, FRANQUI, DAVIS & BURK, LLC, a Florida Limited Liability Corporation,<br><br>    Counter-Defendants. | |

Defendant/Counter-Plaintiff ELDORADO RESORTS CORP., a Florida Corporation, d/b/a ELDORADO DEVELOPMENT CORP. ("Defendant/Counter-Plaintiff"), Plaintiffs/Counter-Defendants MICHELLE ANAYA and RAY ANAYA (collectively "Plaintiffs/Counter-Defendants", and together with Defendant/Counter-Plaintiff, the "Parties"), by and through their respective counsel of record, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)

40890055.1

hereby stipulate and agree:

1. All claims asserted by the Parties shall be dismissed with prejudice.
2. Each party shall bear its own attorneys' fees and costs.

Dated this 5th day of August, 2019.

| **Totten, Franqui, Davis & Burk, LLP** | **Greenspoon Marder LLP** |
|---|---|
| */s/ Christopher Burk, Esq.* | */s/ Phillip A. Silvestri, Esq.* |
| CHRISTOPHER D. BURK, ESQ. | PHILLIP A. SILVESTRI, ESQ. |
| Nevada Bar No. 8976 | Nevada Bar No. 11276 |
| *Counter-Defendant* | *Attorneys for Counter-Plaintiff* |

**IT IS SO ORDERED**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 6th day of August, 2019.

40890055.1